888 A.2d 815

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Shahram NAHAVANDIAN, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 4, 2006.

### *ORDER*

PER CURIAM:

AND NOW, this 4th day of January, 2006, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

> Was the Commonwealth's evidence sufficient to support Petitioner's conviction for Drug Delivery Resulting in Death, 18 Pa.C.S. § 2506?

The order of the Superior Court is hereby VACATED, and the matter is REMANDED for consideration in light of *Commonwealth v. Ludwig,* 583 Pa. 6, 874 A.2d 623 (2005).

Jurisdiction relinquished.